UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: KEITH RUSSELL JUDD
VOTING RIGHTS LITIGATION                                          MDL No. 2276

## ORDER DENYING MOTION TO RECUSE

**Before the Panel**:[*] In this litigation, the plaintiff, proceeding *pro se*, sought centralization of 24 actions, 22 of which have since been closed, involving his challenges to the ballot placement provisions of the respective states and the laws prohibiting persons convicted of certain crimes from voting in federal elections. The Panel considered the matter on the pleadings at its hearing session on September 27, 2011, and denied the plaintiff's motion by order dated October 7, 2011.

Now before the Panel is a motion brought by plaintiff seeking the recusal of four Panel judges.[1] One of those judges, Judge W. Royal Furgeson, Jr., did not participate in the decision of this matter as stated in the Panel's order denying transfer. With respect to the recusal of the three other judges, the Panel has considered the papers filed and finds no basis for recusal.

IT IS THEREFORE ORDERED that plaintiff's motion for recusal is DENIED.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

Kathryn H. Vratil          Frank C. Damrell, Jr.
Barbara S. Jones           Paul J. Barbadoro
Marjorie O. Rendell

---

[*] Judge W. Royal Furgeson, Jr., did not participate in the Panel decision denying transfer and has not participated in this decision as well.

[1] The motion is dated September 19, 2011, but the Panel received the motion after issuance of its order denying transfer. The Panel assumes for purposes of this motion that the request for recusal was timely filed.